```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

MAURICE MALIN,

      Defendant.

-----------------------------------------------------------X

16-CR-780 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On November 5, 2018, the Government filed with this Court an application for a writ of assistance and order of eviction, seeking to vacate certain occupants, including David Ryan Terry, aka Ryan Terry ("Terry"), Louis Esposito III, Jacob Ryan Terry (Terry's son), and others, known and unknown, from the property known as 239 Beach City Road, Unit 1224, Hilton Head, South Carolina, pursuant to the Final Order of Forfeiture previously entered in this case. (ECF No. 74).

Any interested party wishing to oppose the Government's motion shall do so in writing no later than December 28, 2018. If no opposition is filed, the Court will order immediate eviction.

The Government shall send copies of this order to Terry, Esposito, and any other interested parties.

SO ORDERED.

Dated: New York, New York
       December 7, 2018

                                        KIMBA M. WOOD
                                      United States District Judge